# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | | |
|---|---|---|
| Cleo Neese, | ) | Case No.: ~~2023CP4000450~~  3:23-cv-00751-MGL |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF REMOVAL |
| Charles Robert Jones and National Freightways, Inc., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**TO:     THE UNITED STATES COURT:**

Defendants, National Freightways, Inc., would respectfully show the Court in support of its Notice of Removal that:

1. The Summons and Complaint in this action were filed on January 26, 2023 in the Court of Common Pleas for Richland County, South Carolina. Attached for the Court are copies of Plaintiff's Summons and Complaint. The Complaint is the first pleading served upon the Defendant in this action and service was affected, according to the Plaintiff on January 31, 2023. Therefore, removal is timely under 28 U.S.C. §1446(b).

2. The United States District Court has jurisdiction over this action pursuant to 28 U.S.C. §1332. The Plaintiff is a resident and citizen of the State of South Carolina; Defendant Charles Robert Jones is a resident and citizen of the State of Colorado; and Defendant National Freightways, Inc is incorporated in the State of Nebraska and has its principal place of business in the State of Nebraska. The action has been brought by the Plaintiff against the Defendant for the alleged accident which occurred in Richland County, South Carolina.

3.   Venue is proper in this matter in the Columbia Division of this Court in accordance with 28 U.S.C. §1441(a).

4.   Upon information and belief, the amount in controversy in this matter exceeds $75,000.00 as Plaintiff has stipulated to the Defendant via email on February 9, 2023 that the amount in controversy is over $75,000. Furthermore, the Plaintiff seeks compensatory damages and punitive damages.

5.   Defendant has filed no pleadings in this action with the Court of Common Pleas for the State of South Carolina in response to this Complaint; however, Defendant's Answer to the Plaintiff's Complaint is filed herewith contemporaneously.

6.   Defendant Charles Robert Jones has not been served, but consents to this removal.

7.   Defendant has furnished a copy of this Notice of Removal to the Clerk of Court for Richland County.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Richard E. McLawhorn, Jr.
Richard E. McLawhorn, Jr. Fed. I.D. No. 11441
Adam M. Crain Fed. I.D. No. 13355
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANTS**

Columbia, South Carolina

February 24, 2023